# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13 CR 79-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| JEFFREY KIRKLAND, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Albert M. Messer's Application for Admission to Practice *Pro Hac Vice* of Ashutosh S. Joshi. It appearing that Ashutosh S. Joshi is a member in good standing with the Georgia State Bar and will be appearing with Albert M. Messer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#77) is **GRANTED**, and that Ashutosh S. Joshi is

**ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Albert M. Messer.

Signed: January 14, 2014

Dennis L. Howell
United States Magistrate Judge